# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

5455 Edgewater Plaza Condominium Association

Plaintiff,

v.

Great American Insurance Group

Defendant.

Case No.: 1:20−cv−02602

Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2021:

MINUTE entry before the Honorable Joan B. Gottschall: The parties report (No. [51]) that they reached a settlement agreement in principle at the mediation session held 12/22/2020. They further state that if the settlement is not finalized, the case may proceed under the existing scheduling order (No. [50]). Because the parties have reached a settlement agreement in principle, third−party defendant's motion to dismiss (No. [32]) is denied without prejudice. If the parties' efforts to finalize the settlement prove unsuccessful, they must advise the court, and the motion will be reinstated. Unless a motion or stipulation of dismissal has been filed by 3/19/2021, a status report is due on that date. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.