# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 5455 EDGEWATER PLAZA CONDOMINIUM ASSOCIATION, <br><br> Plaintiff/Cross Defendant, <br><br> v. <br><br> GREAT AMERICAN INSURANCE GROUP, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> DRAPER AND KRAMER, INC., <br><br> Third-Party Defendant/ Cross-Claimant. | Case No. 1:20-cv-02602 <br><br> Assigned Judge: Hon. Joan B. Gottschall |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is dismissed with prejudice.

The parties shall bear their own respective costs, fees, and expenses.

DATED: February 18, 2021.　　　**GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,**

　　　　　　　　　　　　　　　　　　*/s/Michael A. Graziano*
　　　　　　　　　　　　　　　　　　Michael A. Graziano
　　　　　　　　　　　　　　　　　　ECKERT SEAMANS CHERIN & MELLOTT, LLC
　　　　　　　　　　　　　　　　　　1717 Pennsylvania Avenue, N.W., Suite 1200
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　Tel:　(202) 659-6671
　　　　　　　　　　　　　　　　　　Fax:　(202) 659-6699
　　　　　　　　　　　　　　　　　　Email: mgraziano@eckertseamans.com

Erik J. Tomberg
WILSON ELSER MOSKOWITZ EDELMAN &DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
Email: erik.tomberg@wilsonelser.com

*Counsel for Defendant/Third-Party Plaintiff*

**DRAPER AND KRAMER, INC., an Illinois corporation,**

By: /s/ Matthew J. Goldberg
Matthew J. Goldberg
Richman, Goldberg & Gorham, LLC
55 E. Monroe St., Ste. 3900
Chicago, IL. 60603
Tel: (312) 252-4375
Fax: (312) 252-4376
Email: mgoldberg@rgglawgroup.com

Eliot G. Schencker
Richman, Goldberg & Gorham, LLC
55 E. Monroe St., Ste. 3900
Chicago, IL. 60603
Tel: (312) 252-4310
Fax: (312) 252-0403
Email: eschencker@rgglawgroup.com

*Counsel for Third-Party Defendant/Cross Claimant*

**5455 EDGEWATER PLAZA CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation**,

By: /s/ Nicholas R. Mitchell

Nicholas R. Mitchell(#6280640)
KOVITZ SHIFRIN NESBIT
175 N. Archer Avenue
Mundelein, IL 60060
Tel:847.537.0500 / Fax:847.537.0550
Email: nmitchell@ksnlaw.com

*Attorney for Plaintiff*

2