# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

5455 Edgewater Plaza Condominium Association

                                      Plaintiff,

v.                                                                                                      Case No.: 1:20−cv−02602

                                                                                                        Honorable Joan B. Gottschall

Great American Insurance Group

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2021:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation of dismissal [53], this case is dismissed with prejudice. The parties shall bear their own costs and fees. All pending deadlines are stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.